```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 14237
   JOSE A CRUZ
   YVETTE M CRUZ                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-7162     SSN XXX-XX-7294

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/01/2006 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 11/09/2006.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSEC W/INTER     842.84           .00          .00
HOMECOMINGS FINANCIAL NE  CURRENT MORTG        .00           .00          .00
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE    7872.00           .00          .00
DUTTON & DUTTON           NOTICE ONLY    NOT FILED           .00          .00
HOMECOMINGS FINANCIAL NE  CURRENT MORTG        .00           .00          .00
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE    8662.00           .00          .00
KEY BANK                  CURRENT MORTG        .00           .00          .00
KEY BANK                  MORTGAGE ARRE    2600.00           .00          .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC    4298.00           .00          .00
MARIA GONZALEZ            PRIORITY       NOT FILED           .00          .00
BANK OF AMERICA           UNSECURED      NOT FILED           .00          .00
CLIENT SERVICES INC       NOTICE ONLY    NOT FILED           .00          .00
HFC                       UNSECURED      NOT FILED           .00          .00
MOLLOHAN MEDICAL CLINIC   UNSECURED      NOT FILED           .00          .00
SEARS GOLD MASTER         UNSECURED      NOT FILED           .00          .00
SEARS ROEBUCK & CO        UNSECURED      NOT FILED           .00          .00
LEADING EDGE RECOVERY SO  NOTICE ONLY    NOT FILED           .00          .00
RESURGENCE FINANCIAL      NOTICE ONLY    NOT FILED           .00          .00
FMS INC                   NOTICE ONLY    NOT FILED           .00          .00
TIMOTHY K LIOU            DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 14237 JOSE A CRUZ & YVETTE M CRUZ
```

```
                          ---------------      ---------------
TOTALS                               .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```