```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14237
    JOSE A CRUZ
    YVETTE M CRUZ                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-7162     SSN XXX-XX-7294

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/01/06 and confirmed on 02/02/07.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $  36923.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL NE  CURRENT MORTG    14434.30            .00       14434.30
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE     1722.02            .00        1722.02
GMAC RESCAP LLC           SECURED           5925.44            .00        5925.44
GMAC RESCAP LLC           MORTGAGE ARRE     6837.15            .00        6837.15
KEYBANK NATIONAL ASSOCIA  SECURED           3200.00            .00        3200.00
KEYBANK NATIONAL ASSOCIA  MORTGAGE ARRE       .00              .00          .00
TOYOTA MOTOR CREDIT CORP  SECURED           4298.00         308.60        1754.85
STATE DISBURSEMENT UNIT   CHILD SUPPORT     8540.22         443.96         847.59
ECAST SETTLEMENT CORPORA  UNSECURED         1417.45            .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED         3764.45            .00          .00
MOLLOHAN MEDICAL CLINIC   UNSECURED        NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         1578.28            .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         3653.76            .00          .00
WELLS FARGO               UNSECURED        NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED           93.42            .00          .00
          Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  36416.91    8540.22    10507.36         .00       55464.49
PRINCIPAL PAID      33873.76     847.59        .00          .00       34721.35
INTEREST PAID         308.60     443.96        .00          .00         752.56
TOTAL PAID          34182.36    1291.55        .00          .00       35473.91
The Debtor's attorney, TIMOTHY K LIOU                , was allowed $        .00
and was paid $       .00 .

The Trustee received $   1449.09 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 06 B 14237 JOSE A CRUZ & YVETTE M CRUZ